LAWRENCE G. BROWN
UNITED STATES ATTORNEY

MICHAEL E. O'BRIEN
SPECIAL ASSISTANT UNITED STATES ATTORNEY
Office of the Staff Judge Advocate
AFFTC/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4380 / Fax: (661) 277-1625

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | MOTION AND ORDER FOR DISMISSAL |
|---|---|
| Plaintiff, | |
| v. | CASE NO.: 5:10-cr-0006-JLT |
| Moses James, | MAGISTRATE JUDGE |
| Defendant. | |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves this honorable Court to dismiss the Violation Notice against Moses James, without prejudice, in the interest of justice.

Respectfully Submitted

Lawrence G. Brown
United States Attorney

DATED: August 30, 2010

By  *[signature]*

MICHAEL E. O'BRIEN
Special Assistant United States Attorney

1

## ORDER

IT IS HEREBY ORDERED that the case against Moses James, Case No.: 5:10-cr-0006-JLT, be dismissed, without prejudice, in the interest of justice, and that the hearing set for September 16, 2010 is VACATED.

DATED this 30th day of August, 2010

*Jennifer L. Thurston*

JENNIFER L. THURSTON
US MAGISTRATE JUDGE